**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| v. ) | Case No. 3:06-CR-40 |
| ) | **PHILLIPS** |
| DEAN ALAN TREADWAY, ) | |
|     Defendant. ) | |

## ORDER

This matter is before the Court upon defendant's motion for downward departure and filing of memorandum under seal [Doc. 6]. Defendant's memorandum is in support of his motion for downward departure. For good cause, defendant's motion to file his memorandum under seal is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

s/Thomas W. Phillips
**UNITED STATES DISTRICT JUDGE**